UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

HORACE MOORE

Plaintiff,

-against-

MARK MAYE:C.O, LEIGH MARTIN:C.O
STEVEN WOOD:C.O, C.LIBERTY:C.O
J.MAKEE:C.O, M.PECK:SGT,
PAT MANOR:DR, RICHARD DAMICO:DR
A.FRENYEA:DSS, ALLEN:LT
D.MCINTOSH: SUPERINTENDENT

Defendent(s).

COMPLAINT Pro Se Prisoner

Case No. 9:24-cv-1105

Jury Trial Demanded

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
SEP 1 2 2024
AT____ O'CLOCK____
John M. Domurad, Clerk - Syracuse

1. LEGAL BASIS FOR COMPLAINT

The is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution and Law of the United States. This action is brought pursuant to 42 U.S.C.§ 1983. 28U.S,C. §§ 1331,1343(3)and(4),and 2201.

2. Plaintiff's Information:

Convicted and Sentenced State Prisoner

Name: Horace Moore

Prisoner ID: 10A5450

Place of Detention: Five Points Correctional Facility
State Route 96, P.O. BOX 119
Romulus, New York 14541

3. DEFENDANT(S) INFORMATION

Defendant No.1: Maye,Mark E
Name (Last,First)

Correction Officer
Job Title

Clinton Correctional Facility, PO.Box 2000
Work Address

Dannermora New York 12929
City State Zip Code

(X) Individual (X) Official Capacity

Defendant No.2: Martin, Leigh
Name (Last,First)

Correction Officer
Job Title

Clinton Correctional Facility, PO.Box 2000
Work Address

Dannermora New York 12929
city State Zip Code

(X) Individual (X) Official Capacity

Defendant No.3: Wood,Steven W
Name (Last,First)

Correction Officer
Job Title

Clinton Correctional Facility, PO.Box 2000
Work Address

Dannermora New York 12929
City State Zip Code

(X) Individual (X) Official Capacity

Defendant No.4: Liberty,C
Name (Last,First)

Correction Officer
Job Title

Clinton Correctional Facility, PO.Box 2000
Work Address

Dannermora New York 12929
City State Zip Code

(X) Individual (X) Official Capacity

Defendant No.5: J.Makee
Name (Last,First)

Correction Officer
Job Title

Clinton Correctional facility, PO.Box 2000
Work Address

Dannermora New York 12929
City state Zip Code

(X) Individual (X) Official Capacity

Defendant No.6: M,Peck
Name (Last,First)

SGT
Job Title

Clinton Correctional Facility PO.BoX 2000
Work Address

Dannermora New York 12929
City State Zip Code

(X) Individual (X) Official Capacity

Defendant No.7: Pat,Manor
name (Last,First)

DR
Job Title

Clinton Correctioal Facility PO.Box 2000
Work Address

Dannermora New York 12929
City State Zip Code

(X) Individual (X) Official Capacity

Defendant No.8: Damico,Richard J
Name (Last,First)

DR
Job Title

Clinton Correctional Facility PO.Box 2000
Work Address

Dannermora New York 12929
City State Zip Code

(X) Individual (X) Official Capacity

Defendant No.9: Mcintosh.D
Name (Last,First)

Supt
Job Title

Clinton Correctional Facility PO.BOX 2000
Work Address

Dannermora New York 12929
City State Zip Code

(X) Individual (X) Official Capacity

Defendant No10: Frenya.A
Name (Last,First)

Dep Supt Security
Job Title

Clinton Correctional Facility PO.Box 2000
Work Address

Dannermora New York 12929
City State Zip Code

(X) Individual (X) Official Capacity

Defendant No11 : Allen
Name (Last,First)

LT
Job Title

Clinton Correctional Facility PO.Box 2000
Work Address

Dannermora New York 12929
City State Zip Code

(X) Individual (X) Official Capacity

4. STATEMENT OF FACTS:

On March 16,2022 at the Clinton Correctional Facility, I Horace Moore was Physically and Sexually Assaulted by C.O's who took me Plaintiff out of my cell GP A-Block 3-21 cell for reasons unknown to Plaintiff, by C.O Mark Maye and Leigh Martin. It was Approximatly 12 noon on the above date in March when C.O M.Maye, L.Martin, and S.Wood used Excessive Force when Plaintiff ran because he was in fear for his life. Plaintiff was the only Incarcerated Individual taken out his cell on a training day for C.O's. were the only people out that day.

It was in the Lower-f Block draft room area where Plaintiff was peper spraied by officer S.Wood after complying to all direct order to stop running. Plaintiff was then grabed by the neck by C.O Maye and thrown to the ground and kicked in the Rib. While on the ground Plaintiff was being beaten allover the body with baton sticks by C.O's M.Maye, L.Martin, S.Wood and about 6 to 7 other C.O's who's names is unknown. C.O M.Maye started Ripping out my DREAD LOCKED HAIR from my HEAD because Plaintiff was blocking his face from being hit with the baton sticks. C.O M.Maye started asking the other C.O's, did they get a souvenir, joking about Plaintiff Dread Locked Hair that he C.O Maye just ripped out from Plaintiff Head he and the other C.O's continued beating Plaintiff.

Plaintiff was then hand cuffed and taken to the Facility Hospital by C.O C.Liberty and J.Makee whom were being supervised by Sgt.Peck. At the Facility Hospital the beaten continued and there Plaintiff was Sexually Assaulted. In the Facility hospital Plaintiff was placed in a Room without no cameras. Plaintiff was still cuffed with his hands behind his back when, Sgt.Peck Ordered CO's Makee

and C.Liberty to Strip search Plaintiff who was slammed face first in to the corner of a wall. Plaintiff Pants and Boxer were pulled down, Plaintiff was going in and out of consciousness. Plaintiff felt C.O's fingers going in and out of his Buttwhole as they the C.O's Makee and C.Liberty asking where is the weapon!

Plaintiff was then Forced in to the X-Ray Room without his consent, this X-Ray was ordered by Dr.Damico to see if Plaintiff had any weapons in his Body after C.O's put their fingers in my Buttwhole. Plaintiff was then placed in the first observation room authorized by DSS. Frenyea without being decontaminated after being pepper spraied. In that observation room Plaintiff was throwing up Blood from all the beaten. Plaintiff was then moved to another observation cell where he was left there for 7 days with no medical attention or treatment by P.Manor who did not properly Examine Plaintiff before and after being placed in the observation room.

Plaintiff has been requesting for medical care since 3/16/22 for pain but was not seen until he got out of the observation room. On 3/22/22 plaintiff was let out of the observation cell because there were no weapon, so he was placed in the Facility SHU Pending unknown Misbehavior charges.

On 3/23/22 Plaintiff were served three(3) Tier III Misbehavior report alleging the following Rule Infractions: Assault on Inmate -Fighting, Violent Conduct, Creating a Disturbance.

The first misbehavior allegations against Plaintiff were that on 3/15/22 Plaintiff was positively identified through a Photo Array as the possible perp who Assaulted another Incarcerate Individual and was to be interviewed.

The Second Misbehavior report allegations against Plaintiff were that on 3/16/22 he ran from escorting C.O's, was cornered spraid then allagedly kicked a C.O and force was used on plaintiff.

The Third Misbehavior report allegations against Plaintiff were that on 3/16/22 after a earlier incident, Plaintiff X-Ray were taken and was allegitly positive for a foreign body.

On said date 3/23/2022 Plaintiff filed a Prea Complaint to to Deputy A.Sweeney complaining about the Physical and Sexual Assault that happen to him on 3/16/2022.

On 3/28/22 Plaintiff filed complaints to the Department of Health, a Complaint to Mr.Annucci and DOCCS Chief Medical Officer and two (2) Grievance complaining about Plaintiff being Assaulted and Injuried and the need to be treated or to get a diagnosis on how bad my Injuries are so I can be treated Properly.

On 3/28/2022 on said date Plaintiff's hearing began, which was 12 days after his initial confinement. Plaintiff pled not guilty to all charges.

Claimant has filed numerous sick calls requesting to be seen by a provider because of excruciating pain from his Rib without being properly evaluated, diagnose or treated.

On 4/5/2022 Plaintiff received Memorandum from IGP Supervisor informing him that his Physical and Sexual Abuse grievance complaint were reported to the facility Watch commander and will

be treated as two separate grievances.

On 4/8/22 Despite objecting to the whole hearing and request for all misbehavior report to be dismissed, Despite Documentary evidence, witness testimony that Plaintiff was not the person who allegily assaulted victim. Lt. Allen Found Plaintiff Guilty of charges : 100.11, 104.11, 104.13, 106.10, 107.20, 109.12, 113.10 and 114.10.

Plaintiff was found not guilty of 100.13 Fighting,100.10 Assault on Inmate, 104.13 Creating a Disturbance, 104.11 Violent Conduct.

Penalties Imposed were : 707 days SHU, 707 days Loss of Packages, 707 days Loss of Commissary. Appealed 4/11/22.

Plaintiff continued to file sickcalls repeatedly complaining of pain to his Rib and was never properly evaluated, tested or treated.

On 4/13/22 Plaintiff was moved to the Upstate Correctuonal Facility SHU where he continued to file sickcalls complaining about his pain.

On April 14,2022 Plaintiff received a letter from Acting Deputy Commissioner for Regional Health Services Administrator Division of Health Services regarding Plaintiff health complaints.

On said date 4/14/22 Plaintiff filed to the Superintendent appealing the 3/28/2022 Grievance Complaint. Plaintiff also filed Superintendent Appeal on 4/15/2022.

Plaintiff continue to file Sickcall without being seen or treated after being moved to the Upstated Correactional Facility SHU.

On 5/5/2022 Plaintiff Appealed to CORC because of no timely responses from the Superintenden within the 20 to 25 calendorday as required.

On 5/10/2022 a Notice Of Intention to File a Claim was filed to the Office of The Attorney General.

On 5/11/2022 Plaintiff received a Memorandum, a response from IGP Supervisor Confirming the CORC appeal.

On 6/22/2022 Plaintiff received a Memorandum from IGP receipt of appeal by CORC

On 11/4/22 IGP responoanse and explaining that A CORC decision for CL-0269-22 had yet to be received in the IGP Office. And explain that once a decision has been received Plaintiff will be forwarded a copy.

On Jan 3,2023 Plaintill received a letter from Incarcerated Grievance Program Central Office Review Committee, who gave incorrect information about Plaintiff injuries. The were no diagnosis, no looking to prior X-Ray that was taken 3/16/22 that would enable the Medical Personnel to evaluate Plaintiff and his continuing Problem and the omission care provided to Plaintiff. The fact of this case is that Plaintiff communicated Legitimate medical complaints to sickcall prison personnel which were ignored and discounted by the very individuals whose duty it was to listen and arrange for appropriate diagnosis and treatment.

Now that Plaintiff is at FivePoints Correctional Facility he continue to submit sickcalls requesting to be seen because of Plain to his Rib.

On 6/1/2023 Plaintiff was schedulal to have an X-Ray in the the future.

On 2/14/2024 Plaintiff went on a outside trip for an X-Ray at Alburn Correctional Facility.

On 3/13/2024 Plaintiff received a Diagnostic Testing Notification from the Five Points C.F Medical stating that no no Action Required for the X-Ray that was taken.

5. STATEMENT OF CLAIM(S)

FIRST CLAIM

The Constitutional Basis For This Claim Under 42.U.S.C. §1983 is Excessive Force, An Eight Amandment Violation. The guaranteed Protection against Cruel and Unnecessary Infliction of Pain.

On March 16,2022 at the Clinton Correctional Facility, At Approximatly 12 noon In the Draft room area on the Lower-F Block. Correctional Officers Steven W.Wood, Mark E.Maye and C.O Martin Leigh, all three C.O Brutally Assaulted me Horace Moore.

The Assault started when C.O Steven W.Wood, unnessarily pepper sprayed me after I was complying to the direct order that was giv given to come down from the steps. C.O Mark Maye then grabbed me by my Neck. Slammed me to the floor and kicked me in the Ribs then all three C.O's started beating me with their baton sticks. There were other C.O's Beating on me that I dont know there name. C.O M.Maye stood over my curled up body while the other C.O's

S.Wood; C.O LMartin contined to beat on me. C.O M.Maye then started Ripping out my DreadLocked Hair! At this point I was defenseless and not resisting at all!

This Assault was an Excessive use of Force in Violation of the Eight Amendment. The Force was applied in a Maliciously and Sadistically way in order to cause Pain and Injury/harm. The Actions by thse C.O's is in Violation of my Civil Right to be Free from Cruel and unnecessarie Punishment.

Ther were no need to apply Force when I was complying to the direct order from the C.O's

Even if Force was needed, the amount was use,was Excessive, because I was no longer a threat when I was cornered in the closed draft room area! When these Correcetional Officers Assaulted me by Excessive Force, it deprived me of the Right Secured by the Eight Amendment. the C.O's action is in Violation of the policy that safeguard my Civil Right!

SECOND CLAIM

The Contitutional basis for this Claim Under 42 U.S.C§1983 is excessive use of Force, An Eight Amentment Violation. The Right to be free From Cruel and Unusual Punishment by Sexual Assault and Physical Assault.

On the same date 3/16/2022, after the Physical Assault occurred in the Clinton Correction Facility on the Lower-F Block. I was then hand cuffed and taken to the facility Hospital where the Physical Assault Continued and I was then Sexually Assaulted.

I was taken in to a room in the Facility Hospital where there were no Camera, by C.O C.Liberty and C.O J.Mckee while still hand cuffed from the back. I was slammed face first in to the wall, my Pants and Boxer were pulled down and I felt C.O's Fingers going in and out my Buttwhole as they were asking me where is the weapon. These C.O's were demeanding a anser as they were putting their fingers in my Buttwhole!

An Inmate has the Constitutional Right to be secure in their Body integrity and Free From attacks by prison Guards. The Conduct by the C.O's in the Facility Hospital was done Maliciously and Sadistically under the pretends of searching for a Weapon! Putting their Finger inside my Buttocks do not advance any Legitimate Security Interest.Even though the C.O's Conduct began as an invasive procedure that Served a Legitimate penological purpose, the C.O's conduct then exceeded the scope of what was reguired to satisfy whatever institutioal concern justified the initiation of the procedure.

This Sexual Assault occurred when I was fully restrained thus Violate their duty of care of a Jailer to be protected against unreasonable risk of Physical Harm. These C.O's violated my Eight Amendment Right to be Free Sexual Abuse!

THIRD CLAIM

The Constitional basis for this Claim Under 42 U.S.C.§1983 is a Eight Amandment Violation. Deliberate Indifferent to Serious Medical need, Failure to Provide Adequate Medical Care!

On set date 3/16/2022 after being Physical and Sexually Assaulted, while still in the Facility Hospital. Nurse Pat Manor,

was Deliberate Indifferent to my Serious Medical needs when she failed to provide adequate Medical Assistance for my Injuries that I suffered during the Assaults! I was never proerly Examined or given any treatment even after I was placed in a observation room and was throwing up Blood from all the Beating and hits to my Ribs and abdimant area. My Left Knee, Left Arm/Hand and index finger were also injured. Because of these Injuries I am still suffering in pain daily. For these actions Defendant violated my Right to Adequate Medical Care in Violation of the Eight Amentmant.

FOURTH CLAIM

The Constitional basis for this Claim Under 42 U.S.C.§1983 is a Eight Amandment Violation. Deliberate Indifferent to Serious Medical need, failure to Provide Adequate Medical Care!

On set date 3/16/2022 after being Physical and Sexually Assaulted. Dr.Damico, the doctor that ordered my X-Ray after the Assault, he was Deliberately Indifferent to my Serious Medical need. Dr.Dāmico actually knew about my Injuries to my Ribs because he could see from the X-Ray that there were an Significant Indentation to my Left Rib that was obnormal on a Healthy person body. However he failed to diagnose me, but instead chose to help cover up this vital information, denying me treatment and adequate Medical care! Having this Knowledge was so obvious, because he seen my injuries on a Technological device/ X-Ray Machine, yet still ignored giving me treatment.

For these action he violated my Right to Adequate Medical Care in Violation of the Eight Amentment.

## Fifth Claim

The Constitutioal basis for this Claim under 42 U.S.C.§1983 is a Eight Amendment Violation, Supervisory Liability Deliberate In Indifference, to Subordinates Use of force.

On set date 3/16/2022 at the Clinton Correctioal Facility. SGT M.Peck was the Sargent who after witnessing officer's M.Maye, C.O wood and C.O Martin Assaulting me in the Lower-F Block Draft room area. SGT M.Peck was also the one supervising C.O Library and C.O Makee with the escort of I/I Moore to the Facility Hospital and overseeing the Medical staff evaluating me after the Excessive use of force and Assault that happen that day. SGT M.peck is to be held liable as the Supervising Sargent for the C.O's actions when he SGT.Peck Observed what was happening and had the opportunity to intervene but did not, allowing the C.O the continuation of their assaulta on Mr. Moore in the Facility Hospital!

## SIXTH CLAIM

The Constitutional basis for this Claim Under 42 u.S.C.§ 1983 Supervisory Liabilit. Subordinates. Unconstitional custom or Policy and Failure to Supervise and Train.

Prior to March 16,2022 and since, A.Fenyea DSS of Clinton corr Facility, by and through its final policy makers, had in force and effect a policy practice or custom of conducting Costitutionally inadequate investigtions; before authorizating correctional Officers to Harass II's for no reason and unlawfully detaining II's, subjecting them to excessive force, deprivation of Medical care, and of creating paper trail to justify unjustified Physical and Sexual Assaults.

After Plaintiff was beaten/ Physically and Sexually Assulted when taken out of his prison cell because of an mistaken identification The Clinton Correctional Facility DSS A.Fenyea reported in UI#22-0115 UOF#22-0072 by stating that the C.O's use of force was consistent with Departmental Policy.

Plaintiff was not the only II to be Physically and Sexually Assulted over the years in the Clinton Corr Facility. There have been countless Assults at this Facility that have been cover up by these policies. This is a systemically failure by Supervise to adequately train its officers to not unlawfully detain II's with with out being positive Failed to train in the proper use of force, the need to provide medical attention, the requirement of correct information before taken II's out there cell by using incorrect information, to ensure that II'S would not be subjected to excessive Force, and deprivation of medical care.

The Clinton Correctional Facility under the DSS A.Fenyea and his final policymakers, failed to adequately discipline their C.O's for failing to get correct information before unlawfully takin II's out there cells and unlawfully detaining SHU confinement and ensure that II's would not be subjected to Excessive Force,and deprivation of Medical Attention.

Though it was foreseeable that constitutional violation of the type Plaintiff suffered would be a predictable result of such failures.

As set forth above , final policymakers for the Clinton Corr Facility had actual or costructive notice of such failures to train, supervise and provide policy to its employees, and failed to provide training, or supervision despite an obvious need that such training and supervion was required, where Defendants knew that it was foreseeable that C.O's would predictably confront these situations and as a result of the failure to train and supervise, constitutional violations would result.

Such failures to train, supervice and discipline, and such unconstitutional Facility customs, practices and /or policies, amounted to deliberate indifference to the constitutional rights of individual and II's like plaintiff was the moving force behind the unjustified C.O taken him out of his cell for incorrect information, unjustified Beaten Physical and Sexualy Assult, and denial of Medical care which could show whats wrong with Plaintiff Ribs, as well as the unlawful confinement in SHU and all the ongoing injuries and damages.

SEVENTH CLAIM

The Constitutional Basis for the Claim Under 42 U.S.C§§1983 is Fourteenth Amendment Procedural Due Process .

Lt Allen is to be held Liable for the Plaintiff unlawful SHU Confinement. Defendant dismissed the Plaintiff first misbehavior report that was the cause of the unlawful seizure of Plaintiff from his cell after a misidentification that led to Excessive Force where Plaintiff was Physically and Sexually Assulted and written two other misbehavior reports there after.

These two other misbehavior reports that Plaintiff was found guilty of after a Superintendent hearing disposition to 707 days SHU must be dismissed also as the Fruit of the Poisnous Tree. The original misbehavior report that let C.O's to Plaintiff cell in the first place. If Plaintiff was not taken out of his cell for a Miss Identification he would not have been in any issue with C.O's and there fore would not have gotten these two other misbehavior report.

The first misbehavior report was dismissed and so should the other two misbehavior report that followed.

This Fruit of the Poisonous Tree doctrine must be uphold as a consequence of C.O's lawless act. This is an extention of these unwritten policies that are upheld by the Clintion Corr Facility staff and are use to cover up C.O's wrong doing.

Defendant after viewing Plaintiff X-Ray at the hearing that clearly shows injuries to plainfiff Rib but acted like it was nothing. Dismissed the first misbehavior Report which was a False Misbehavior report and the cause of everything else that followed.

Plaintiff seeks to recover damages for injuries Suffered dring successive steps of state act Unlawful excessive detention in violation of Constitutional Right and Fourteenth Amendment To Procedural Due Process.

EIGHT CLAIM

The Constitutional Basis for the Claim Under 42 U.S.C §1983 Supervisory Liability. Subordinates. Unconstitional custom or Policy and Failure to Supervise and train.

Plaintiff Excessive Use of Force Claim against C.O's in earlier claim fall on the Liability of the Superintendent D.Mcintosh of the Clinton Correctional Facility. Under this defendent leadership this Clinton Correctional Facility C.O's has been engaged in a pattern of assaulting II's in 2020 to 2022, a pottern which should have put the Supervisory defendant on notice of a condition thats left unaddressed could be reasonably expected to result in an assault on a II such as Plaintiff.

For these reasons defendent is liable for these injuries that Plaintiff suffered by the hands of subordinate C.O's. In the unspecified period of time prior to march 3,2022 as superintendent of Clinton Correctional, defendent had received many complaints by other II's alleging that C.O's stiff members had assaulted II's and II's had forwarded those complaints to DOCC's central office.

Also before 3/16/2022, Plaintiff heard of about C.O's Assaulting II's and writing false misbehavior reports to cover it up. By doing nothing about the assaults Defendent creat an unwritten policy that is okay to assault II's because nothing will happen to Staffs.

Such failure to train, supervice and discipline, and such unconstitutional Facility customs, practices and//or policies, amounted to deliberate indifference to the constitutional

6. RELIEF REQUESTED:

Accordingly, and based on the foregoing claim, Plaintiff asserts that Defendants are Liable for compensatory damages for Physical pain and mental anguish, in the sum of $2,000,000.

Plaintiff hereby requests exemplary/Punitve Damages all officers, Supervisors for twice the amount of compensatory damages awarded because the Defendants actions were extreme, outrageous, and malicious. The correctional officers maliciously assaulted Plaintiff for no reason and tr tried to cover up their actions with false testimony or accusations. The supervisory office knew of such pattern of abuse and excessive force by officers in this prison and the false testimony and/or other attempts to cover up, but completely ignored it. The Superintendent and other supervisors similarly know of widespread abuse of I/I's in Clinton Correctional Facility and the prison system but ignored this problem. Such actions led to numerous I/I, including Plaintiff, being beaten and sexually assaulted by correctional officers.

Plaintiff further requests attorney's fee, interest, costs, and any additional relief which the Court my find appropriate.

I d

WHEREFORE, Plaintiff pray as follows:

A. That the Court award compensatory damages to Plaintiff and against the defendants, jointly and severally, in an amount to be determined at trial.

B. That the Court award punitive damages to Plaintiff, and against all individual defendants, in an amount to be determined at trial, that will deter such conduct by defendants in the future:

C. For a trial by jury;

I declare under Panalty of perjury that foregoing is true and correct.

Date: September 2, 2024

H. Moore
Plaintiff's Signature